# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stremor Corporation,<br><br>            Plaintiff,<br><br>v.<br><br>Brandon Wirtz,<br><br>            Defendant. | No. CV-14-01230-PHX-NVW<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Temporary Restraining Order. (Doc. 4.) The Court held TRO Hearing on June 5, 2014 and heard argument and testimony on this matter. Plaintiff and Defendant were in attendance.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Temporary Restraining Order (Doc. 4) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendant Brandon Wirtz shall immediately provide Plaintiff with copies of all emails or other communications he has made asserting his copyright interest in this dispute. To the extent that he does not currently have access to a copy of such assertions, he shall immediately provide the contact information of the individuals or organizations to whom he made those assertions and shall provide further copies or reports when they become available.

/ / /

/ / /

/ / /

1  **IT IS FURTHER ORDERED** setting a hearing on this matter for **June 12, 2014**
2  **at 10:00 a.m.** before the Honorable Neil V. Wake in Courtroom 504, Sandra Day
3  O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-
4  2151.
5  Dated this 5th day of June, 2014.

*A. Murray Snow*
G. Murray Snow
United States District Judge