IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stremor Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>Brandon Wirtz; Blackwater Ops,<br><br>    Defendants. | No. CV-14-01230-PHX-NVW<br><br>**ORDER** |

Before the Court is Plaintiff's Motion to Dismiss Counterclaims (Doc. 40). Before the Court considers a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), the parties must meet and confer to determine whether dismissal can be avoided by amending the pleading. (Doc. 41.) If the parties are unable to agree that the pleading is curable by a permissible amendment, Plaintiff may file a motion to dismiss the counterclaims with certification of conferral.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Dismiss Counterclaims (Doc. 40) is denied without prejudice.

Dated this 1st day of July, 2014.

_____
Neil V. Wake
United States District Judge